SEALED

W ___ S ___ NP ___

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 FEB 24 PM 4: 30

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 4:05CR 3019 |
| Plaintiff, ) | |
| v. ) | INDICTMENT |
| ) | (21 U.S.C. §§ 846) |
| SATAR ABD ALKAFAJI a/k/a SATAR A. ALKAFAJI, a/k/a SATAR ABID ALKAFAJI, a/k/a SATAR DHAIF AL KAFAJI, a/k/a ZATAR, a/k/a Z, and KHALAT JAMALTHAEAL ALAMA, a/k/a ALI, and TERESA MARIE JONES, a/k/a TERESA BENTER, ) | **JUDGE KOPF** |
| Defendants. ) | **MAGISTRATE JUDGE PIESTER** |

The Grand Jury Charges:

## COUNT I

Between on or about June 1, 2003, and on or about January 11, 2005, in the District of Nebraska and elsewhere, SATAR ABD ALKAFAJI a/k/a SATAR A. ALKAFAJI, a/k/a SATAR ABID ALKAFAJI, a/k/a SATAR DHAIF AL KAFAJI, a/k/a ZATAR, a/k/a Z, and KHALAT JAMALTHAEAL ALAMA, a/k/a ALI, and TERESA MARIE JONES, a/k/a TERESA BENTER, the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree, together and with other persons, some known and some unknown to the Grand Jury, to distribute and possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21 United States Code, Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

A TRUE BILL

Foreperson

_(signature)_
MICHAEL G. HEAVICAN
United States Attorney

The United States of America requests that the trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

*[signature]*
SARA E. FULLERTON
Assistant United States Attorney