```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3019 |
| v. ) | |
| ) | |
| KHALAT JAMALTHAEAL ALAMA and ) | |
| TERESA MARIE JONES, ) | ORDER |
| ) | |
| Defendants. ) | |
| ) | |

   Defendant Jones has been given an extended period of time to file motions. That extension requires a continuance of the trial.

   IT THEREFORE HEREBY IS ORDERED, in accordance with the Speedy Trial Act, 18 U.S.C. § 3161(h)(7),

   1. The trial of this case as to <u>both of the above-named defendants</u> is continued until 9:00 a.m., August 8, 2005, for a duration of five days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

   2. The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between April 21, 2005 and August 8, 2005 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

   DATED this 21st day of April, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge