```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3019-2 |
| v. ) | |
| ) | |
| KHALAT JAMALTHAEAL ALAMA, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

Defendant has moved to be evaluated for possible substance abuse treatment. I shall deny the motion. First, when defendant was interviewed by the pretrial services officer at the time of his initial appearance, he indicated that he had never used any drugs, and that information was verified, so much as was possible, by his brother. In addition, by cutting off his electronic monitoring bracelet and secreting himself for several days, defendant has well demonstrated that he is unwilling to comply with conditions of release, and that he poses a very serious risk of flight. Finally, the house at which defendant was arrested on this court's warrant was found to have drug paraphernalia and "ice" methamphetamine in it at the time he was present, obviously posing a risk to the safety of the community.

Since there is no likelihood that defendant will be released, there is no purpose to be accomplished by an evaluation.

IT THEREFORE HEREBY IS ORDERED,

The motion, filing 25, is denied.

DATED this 16th day of May, 2005.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge