IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>KHALAT JAMALTHAEAL ALAMA,  )<br>  )<br>           Defendants.  )<br>  ) | 4:05CR3019<br><br>ORDER |

   IT IS ORDERED:

   Defendant's motion for additional review of detention, filing 35, is denied.

   DATED this 13th day of June, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge