IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3019-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| KHALAT JAMALTHAEAL ALAMA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes on to consider Defendant Alama's oral motion to continue trial. There being no objection by the government,

IT IS ORDERED that:

(1) Defendant Alama's oral motion to continue trial is granted.

(2) Trial of this case as to Defendant Alama is continued to 9:00 a.m., Monday, January 30, 2006, before the undersigned United States district judge, as the number one criminal case, in Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

(3) The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161(h)(1)(I)& (h)(8)(A)(B).

November 3, 2005.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge