IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:05CR3019-2 |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | **JURY'S FIRST QUESTION** |
| KHALAT JAMALTHAEAL ALAMA, | ) | |
| Defendant. | ) | |

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2006 FEB -3 PM 3:21
OFFICE OF THE CLERK

Judge Kopf —

The jury has reached an impasse on the essential elements of the indictment. A number of the jurors have indicated they will not change their minds, and the middle is swinging from one side to the other just to get a verdict. We need your guidance.

— [signature]

Received by Colleen Beran
at 2:20 p.m. on 2-3-06.