IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3019 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| KHALAT JAMALTHAEAL ALAMA, a/k/a Ali, | ) ) | |
| | ) | |
| Defendant. | ) | |

Because the jury was unable to reach a verdict in this case, I declared a mistrial on February 6, 2006. After consultation with counsel,

IT IS ORDERED that the retrial of this case, as the number one case, will commence on Monday, April 10, 2006, in Courtroom No. 1, Lincoln, Nebraska. Trial is expected to take four days. Counsel should be in my chambers at 9:30 A.M. Judge Piester is requested not to set any cases for trial before this one. The Clerk's office shall provide Judge Piester with a copy of this memorandum and order.

February 6, 2006.                    BY THE COURT:

                                     *s/Richard G. Kopf*
                                     United States District Judge