IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2006 APR 13  PM 12: 55
OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3019 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **VERDICT FORM** |
| | ) | |
| KHALAT JAMALTHAEAL ALAMA, | ) | |
| a/k/a Ali, | ) | |
| | ) | |
| Defendant. | ) | |

## VERDICT

### COUNT I

**Conspiracy**

Find one of the following:
(Place an "X" beside one, **but only one**, of the two statements)

   __X__    A.    We find the Defendant guilty beyond a reasonable doubt of conspiracy to distribute and possess with intent to distribute methamphetamine.

   _____    B.    We find the Defendant not guilty of conspiracy to distribute and possess with intent to distribute methamphetamine.

United States v. Khalat Jamalthaeal Alama, 4:05CR3019
Verdict Form Page 2

## Quantity of Controlled Substance

If, **but only if,** you have found the Defendant guilty of conspiracy as charged in Count I, find the following with respect to such charge:

(Place an "X" beside one, **but only one**, of the three weight choices)

> We find unanimously beyond a reasonable doubt that the Defendant is responsible for and the conspiracy, as it pertained to the Defendant, involved the following quantity of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance:
>
> __X__  1.  500 grams or more.
>
> _____  2.  at least 50 grams but less than 500 grams.
>
> _____  3.  less than 50 grams.

## EXECUTION OF VERDICT FORM

The Foreperson shall sign and date the verdict form, and such signature shall mean that the verdict of the jury was unanimous.

DATED this __13__ day of __April__, 2006.



FOREPERSON