```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:05CR3019 |
| | ) | |
| KHALAT JAMALTHAEAL ALAMA, | ) | |
| | ) | |
| Defendants. | ) | ORDER |
| | ) | |

Retained counsel has entered an appearance in this matter.

IT THEREFORE HEREBY IS ORDERED,

The motion of Michael D. Gooch, filing 184, to withdraw as counsel for defendant Alama is granted.

DATED this 27th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge