Kelly T. Nelson
U.S. Probation Officer
Lincoln, NE

May 16, 2006

In Re: USA vs. Alama
4:05CR3019-2
Objections to Presentence Investigation Report

Dear Mr. Nelson,

The Defendant, by his attorney, J. William Gallup, objects to paragraphs 19, 25, 27, 35, 36, 38, 40, and 52.

1. The defendant's objections to paragraphs 19 – 34 are based on the contention that the defendant should not receive a 2-level upward adjustment for either obstructing justice through his trial testimony or his attempt to avoid monitoring by pretrial services, and the subsequent offense levels, which contain a total offense level of 34, when it is the defendant's contention that his offense level should only be 32.
2. The objection to paragraph 52 is based upon the contention that the defendant's criminal history is overstated by establishing a criminal history category 3. The defendant has an insignificant criminal record and all 4 of the criminal history points resulted from conduct that occurred when the defendant was a teenager, and all consisted of minor, misdemeanor offenses.

Very Truly Yours,


J. William Gallup



JWG/ml

cc: Sara Fullerton

PDF created with pdfFactory Pro trial version www.pdffactory.com