5-8-06

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2006 MAY 18 PM 1:09
OFFICE OF THE CLERK

05CR3019-2

Dear Judge Kopf,

I'm writing you in regards to my trial. I feel that I was misrepresented in my trial for several occaitions/reasons. ① My laywer who is Mike Gooch. I asked him to file a motion to surpress evidence that was used against in my trial, that should'nt have been in the first place because it was not in my indictment time nor was I charged with this evidence. My laywer never files this motion at all! When I asked him about the motion he kept putting it off. ② I gave my laywer several questions to ask the witnesses, but at my trial he failed to follow through with these important questions ③ Everytime I talked to my laywer he kept telling me to make it easy on myself and say that "I'm guilty". I feel that he gave up hope for me and my case. I feel like he was prosecuting my case rather than assisting me with my case. I feel my trial was unfair and would like another shot at my case. ④ The jury was paying more attention to my family rather than the witness. Several witnesses got found lying under oath and I feel that they should be incredibility to my trial. I really feel that I got the short end of the stick and would like a second chance at my life. Thank you for your time.

Sincerly, Khalat Alama.

RECEIVED
MAY 10 2006
RICHARD G. KOPF
U.S. DISTRICT JUDGE



FROM:
SARPY COUNTY JAIL
1208 Golden Gate Drive
Papillion, NE 68046-2800

KHAIAT, AIAMA TO:

Judge: Richard G. Kopf
487 Federal Building
100 Centennial Mall North
Lincoln, NEbraska, 68508-3865



RETURN SERVICE REQUESTED