IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3019-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| KHALAT JAMALTHAEAL ALAMA, | ) | |
| | ) | |
| Defendant. | ) | |

  I am in receipt of a letter from the defendant.  First, the defendant should not send me letters.  He should communicate through his lawyer.  Indeed, he has retained a new lawyer and should consult with him.  Second, I will direct that the letter be filed, and treat it as a motion.  But, I will deny the letter treated as a motion.  Accordingly,

  IT IS ORDERED that the Clerk of Court shall file the attached letter.  Treated as a motion, it is denied.  The Clerk of the Court shall send copies of this memorandum and order to the lawyers and to the defendant at his last known address.

  May 18, 2006.         BY THE COURT:

                 s/ *Richard G. Kopf*
                 United States District Judge