# TRANSMITTAL SHEET - ELECTRONIC DOCUMENTS

TO: CLERK, USCA, 8TH CIRCUIT, ST. LOUIS, MISSOURI

FROM: CLERK, U.S. DISTRICT COURT, LINCOLN, NEBRASKA

DATE: September 12, 2006

District Court No: 4:06CR3019 RGK

Appeal No: 06-2970

Style: United States of America v. Khalat Jamalthaeal Alama

TRANSMITTED HEREWITH:

(X) Designated Clerk's Record

(X) Copy of Presentence Investigation Report

(X) **Electronic Copy** of hearing Transcripts:
Trial held April 10, 2006 through April 13, 2006
Volumes I though V

DENISE M. LUCKS, CLERK

By    s/ Gale J. Gomez
Deputy Clerk

cc: All Counsel

RECEIVED BY:

_____

# ***PLEASE NOTE ***

**ELECTRONIC COPY OF RECORD.** DO NOT RETURN THIS RECORD TO THE U.S. DISTRICT COURT OF NEBRASKA WHEN YOUR CASE IS CLOSED.

CLERK\PROC\APPEALS\forms\tranrcpt.wpd
Approved on 8/15/06

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE
## EIGHTH CIRCUIT

## DESIGNATED CLERK'S RECORD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| APPELLEE, | * | |
| vs. | * | 06-2970 |
| | * | |
| KHALAT JAMALTHAEAL ALAMA, | * | |
| | * | |
| APPELLANT. | * | |
| | * | |

**From the District of Nebraska, Lincoln**
**District Judge Richard G. Kopf**
**USDC No.** 4:05CR3019 RGK

# INDEX

|      |                              | **Date Filed** | **Page No.** |
|------|------------------------------|----------------|--------------|
| I.   | **Indictment**               | 2/24/2005      | 1-2          |
| II.  | **Final Jury Instructions**  | 4/13/2006      | 3-29         |
| III. | **Verdict**                  | 4/13/2006      | 30-31        |
| IV.  | **Judgment including Sentence** | 7/28/2006   | 32-37        |
| V.   | **Notice of Appeal**         | 8/1/2006       | 38-40        |
| VI.  | **Docket Entries**           | -----------    |              |