IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3019-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| KHALAT JAMALTHAEL ALAMA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the memorandum and order entered this date,

IT IS ORDERED that judgment is entered for the United States of America and against Khalat Jamalthael Alama providing that he shall take nothing and his motion pursuant to section 2255 is dismissed with prejudice. The Clerk shall mail a copy of this judgment and the memorandum and order to the defendant.

June 6, 2008.                    BY THE COURT:

                                 *s/Richard G. Kopf*
                                 United States District Judge